# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE


FILED
2025 MAR 28 PM 1:21
US DISTRICT COURT
EASTERN DIST. TENN.

DONALD FITZGIBBON,

Plaintiff,

3:25-CV-130
Crytzer/McCook

v.

UNITED STATES POSTAL SERVICE,

Defendant.

Case No.: _____

JURY TRIAL DEMANDED.

COMPLAINT FOR WRONGFUL TERMINATION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (Federal questions jurisdiction) as this case arises under federal law and 5 U.S.C. § 7703 (federal employee wrongful termination claims)     Page 1 of 4

2. Venue is proper in the Eastern District of Tennessee pursuant to 28 U.S.C. § 1391, as the events giving rise to this claim occurred in Knoxville, Tennessee.

**PARTIES**

3. Plaintiff Donald Fitzgibbon is a resident of Tennessee and a former employee of the United States Postal Service (USPS).

4. Plaintiff is a **Gold Star Father**, having lost a Child Patrick Fitzgibbon in military service to the United States.

5. Due to his status as a Gold Star Father, Plaintiff received **veterans' preference hiring points**, which contributed to his employment at USPS.

6. Defendant USPS is a federal agency operating within the Eastern District of Tennessee.

**FACTS**

7. Plaintiff was a federal postal employee working at the USPS facility in Knoxville, Tennessee.

8. On November 30, 2024 at 1:30 am Tim Matchett initiated a unprovoked violent attack on Plaintiff on postal property at 1237 Weisgarber Road Knoxville TN 37920

9. The attacker Tim Matchett had a known history of violent behavior, which USPS was aware of prior to the incident.

10. Plaintiff was taken by ambulance to a hospital and received medical treatment for his injuries.

11. The attacker Tim Matchett was criminally charged and pled guilty to the assault and battery.

Page 2 of 4

12. Despite being the victim of an unprovoked attack, Plaintiff was terminated from his position effective January 28, 2025.

13. USPS falsely alleged that Plaintiff initiated the altercation, which is untrue, plaintiff denied responsibility in MSPB hearing and there is no evidence to the contrary.

14. Plaintiff appealed his termination to the Merit Systems Protection Board (MSPB), which upheld the termination in a biased and unfair process. The (MSPB) wrongly stating the sequence of events and characterizing the unprovoked beginning of an aggravated assault as a belly bump which was escalated further without legal cause by assailant Tim Matchett to violently kicking the Plaintiff in the head several times.

15. Plaintiff has also filed a complaint with the Equal Employment Opportunity Commission (EEOC), which is still pending.

16. Plaintiff's termination disregarded his **Gold Star Father status and veteran hiring preference,** demonstrating further unfair treatment and lack of consideration for his contributions and sacrifices.

LEGAL CLAIMS

17. Defendant wrongfully terminated Plaintiff in violation of federal employment protections.

18. Defendant's actions were arbitrary, capricious, and in retaliation for Plaintiff exercising his rights.

19. Plaintiff suffered lost wages, emotional distress, and reputational harm as a result of the wrongful termination.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

a) Reinstatement to his former position with back pay and benefits;

b) Compensatory damages for lost wages and emotional distress;

c) Attorneys' fees and costs, if applicable; and

d) Any other relief this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

### Certification Under Penalty of Perjury

I, Donald Fitzgibbon, hereby certify that the foregoing complaint is true and correct to the best of my knowledge, information, and belief, under penalty of perjury. Executed this [date] _28_ day of [month] _3_, [year] _2025_, at Knoxville, Tennessee.

Signature _____
Donald Fitzgibbon
Plaintiff, Pro Se
5409 Fontaine Road
Knoxville, TN 37920
Phone: (865) 659-5704
Email: _DKotten1597@gmail.com_
Page 4 of 4