UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DONALD FITZGIBBON,                    )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        3:25-CV-130-KAC-JEM
                                      )
UNITED STATES POSTAL SERVICE,         )
                                      )
            Defendant.                )

## JUDGMENT

In the Court's "Memorandum Opinion and Order Dismissing Action" the Court

**DISMISSED** this action **without prejudice**. Accordingly, the Court **DIRECTS** the Clerk to close

the case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
    *s/ LeAnna R. Wilson*
    CLERK OF COURT